FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2010

GREGORY C. LANGHAM
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 03-mj-07092 |
| DANIEL BECK, JR. | Kent Gray |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-4-1402(1) | Careless Driving Without Injury | On or about April 5, 2003 | 1 |

Defendant is sentenced to 90 days of unsupervised probation, with 10 days in jail, and 10 days suspended upon successful completion of unsupervised probation. Defendant to pay fine and fee of $175 by October 15, 2010. No further conditions imposed. Proof of completion to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $175 | $25 Processing fee | $150.00 |

September 15, 2010
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Kristen L. Mix, U.S. Magistrate Judge
Name & Title of Judicial Officer

September 17, 2010
Date